No. 465, Misc. GRIFFIN *v.* ILLINOIS ET AL. Supreme Court of Illinois. Certiorari denied.

No. 472, Misc. MARRON *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 473, Misc. TUCKER *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 476, Misc. JACKSON *v.* MORHOUS, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 477, Misc. CASCIO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 485, Misc. BRUNSTOUN ET AL. *v.* GROW ET AL. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 489, Misc. FRANEY *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 490, Misc. THOMPSON *v.* DYE, WARDEN. C. A. 3d Cir. Certiorari denied. *Louis C. Glasso* and *Zeno Fritz* for petitioner.

No. 98. WATWOOD *v.* STONE'S MERCANTILE AGENCY, INC., 344 U. S. 821. Motion for leave to file petition for rehearing denied.

No. 253. UNITED STATES *v.* CERTAIN PARCELS OF LAND IN THE COUNTY OF FAIRFAX, VIRGINIA, ET AL., *ante,* p. 344. Rehearing denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.